**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-7148

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JOSEPH MIKE,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Robert J. Conrad, Jr., District Judge.  (3:05-cr-00046-RJC-DSC-1)

Submitted:  February 27, 2024                                    Decided:  March 1, 2024

Before WILKINSON, WYNN, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Joseph Mike, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Mike appeals the district court's order denying his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A).  Upon review of the record, we conclude that the district court did not abuse its discretion by denying Mike's motion.  *See United States v. Malone*, 57 F.4th 167, 172 (4th Cir. 2023) (stating standard of review).  Accordingly, we affirm the district court's order.  *United States v. Mike*, No. 3:05-cr-00046-RJC-DSC-1 (W.D.N.C. Oct. 30, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
